# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Jacobs, Dennis | **2. Court or Organization**<br><br>Court of Appeals, 2d Circuit | **3. Date of Report**<br><br>08/05/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Senior Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Foley Square, Room 2301
New York, NY 10007

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and Vice-President | Residential Cooperative |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobs, Dennis | 08/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | 10/01/19 - 10/03/19 | Ithaca, New York | Teaching | Transportation, Lodging, Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jacobs, Dennis** | 08/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Muni Bond: Fort Bend Tex Flood Ctrl Water Supply 10/1/10 | A | Interest | | | Redeemed | 03/01/19 | K | | |
| 2. Muni Bond: Ohio St. Rfdg Common Schs. Ser C 10/8/10 | A | Interest | K | T | | | | | |
| 3. Muni Bond: N. Carolina St. Grant Antic Rev. Vehicle 8/5/09 | A | Interest | | | Redeemed | 03/01/19 | J | | |
| 4. Muni Bond: Ohio St. Univ. Gen Rcpts Rfdg Ser D 10/6/10 | A | Interest | K | T | | | | | |
| 5. Muni Bond: Cypress-Fairbanks Tex Indpt School Dist 2/1/12 | B | Interest | K | T | | | | | |
| 6. Muni Bond: Wash St Univ Revs Gen B/E 2/23/12 | B | Interest | K | T | | | | | |
| 7. Muni Bond: Columbia SC Wtrwks & SWR 3/8/12 | B | Interest | K | T | | | | | |
| 8. Muni Bond: Orlando FLA Utils Commn Util Sys Rev Ref-C | A | Interest | K | T | | | | | |
| 9. Muni Bond: Charlotte NC Genl Oblig Ref-A | B | Interest | K | T | | | | | |
| 10. Muni Bond: Harbor Beach, MI Comm. Sch. Dist. Ref. 5/1/2026 | A | Interest | J | T | | | | | |
| 11. Muni Bond: Temple, TX Genl. Oblig Ref. & Impt. Genl. Oblig. 8/1/19 | A | Interest | | | Redeemed | 08/01/19 | J | | |
| 12. Muni Bond: City of Chicago O'Hare Intl. Airp. Non Amt. Rev Ref B | A | Interest | K | T | | | | | |
| 13. Muni Fund: Blackrock Strat Muni Opport 1 (MAMTX) | E | Dividend | O | T | | | | | |
| 14. Money Market: Morgan Stanley Bank, NA | C | Int./Div. | M | T | | | | | See Part VIII |
| 15. Muni Bond: Central Dauphin PA Sch Dist 02/01/28 | A | Interest | J | T | | | | | |
| 16. Muni Bond: Lancaster Cnty PA Genl Oblig Ref A 5/1/27 | A | Interest | J | T | | | | | |
| 17. Muni Bond: Lancaster Cnty PA Genl Oblig Ref A 5/21/28 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jacobs, Dennis** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Muni Bond: Bd Regents Tx St Univ Fin Rev Ref A 01/01/17 | A | Interest | J | T | | | | | |
| 19. | Muni Bond: Kane & DeKalb Cntys, Ill.Comm. Sch. Dist. 302 | A | Interest | K | T | | | | | |
| 20. | Muni Bond: Deschutes Cnty Ore Admin Sch Dist No 1 | A | Interest | J | T | | | | | |
| 21. | Muni Bond: Georgetown Tex Genl Oblig Ref 8/15/24 | A | Interest | J | T | | | | | |
| 22. | Muni Bond: Georgetown Tex Genl Oblig Ref 08/15/27 | A | Interest | J | T | | | | | |
| 23. | Muni Bond: Univ NC Charlotte Rev-A 10/01/30 | A | Interest | K | T | | | | | |
| 24. | Muni Bond: Pike Twp Ind Multi-Sch Bldg Corp 1/15/22 | A | Interest | J | T | | | | | |
| 25. | Muni Bond: Virginia Commlth Transn Brd Fe D Trans Grnt 1/3/18 | A | Interest | K | T | | | | | |
| 26. | Muni Bond: Tillamook & Yamhill Cntys Sch Dist No 101 Ser B | A | Interest | K | T | | | | | |
| 27. | Muni Bond: NY SR Dorm Auth Sales TA 3/15/31 | A | Interest | J | T | Buy | 01/07/19 | J | | |
| 28. | Muni Bond: Dover PA Area Sch Dist 4/1/31 | A | Interest | K | T | Buy | 03/05/19 | K | | |
| 29. | Muni Bond: Irving Tex Independent Sch Dist 2/15/26 | A | Interest | J | T | Buy | 07/03/19 | J | | |
| 30. | Muni Bond: Trinity River Auth Tex Regl Wa 8/1/22 | | None | J | T | Buy | 08/06/19 | J | | |
| 31. | ETF: SPDR Ser Trust BBG BCL | B | Dividend | L | T | | | | | |
| 32. | ETF: SPDR Ser Trust BBG BCL | A | Dividend | L | T | Buy | 04/23/19 | L | | |
| 33. | ETF: SPDR Ser Trust BBG BCL 1-3 | A | Dividend | L | T | Buy | 04/25/19 | L | | |
| 34. | | | | | | Sold | 08/28/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jacobs, Dennis** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Checking: Chase Manhattan Bank NYC | A | Interest | K | T | | | | | |
| 36. | Fidelity Cash Reserves Account | A | Interest | J | T | | | | | |
| 37. | BNY Mellon Midcap Index Investor<br>(formerly Dreyfus Midcap Index Fund) | B | Dividend | M | T | | | | E | See Part VIII |
| 38. | Fidelity Contrafund | C | Distribution | N | T | Sold<br>(part) | 11/07/19 | L | D | |
| 39. | Fidelity Low Priced Stock | D | Dividend | | | Sold | 05/23/19 | N | | |
| 40. | SPDR S&P 500 ETF Trust Unit 1 Ser 1 S&P | C | Dividend | N | T | | | | | |
| 41. | Fidelity Total Mkt Indx Fid Premium Class | D | Dividend | N | T | | | | | |
| 42. | Blackrock Strategic Muni Opportunity Fund<br>1 | D | Dividend | L | T | Sold<br>(part) | 09/03/19 | N | | |
| 43. | Fidelity 500 Index Fund Premium Class | E | Dividend | P1 | T | Sold<br>(part) | 11/07/19 | L | B | |
| 44. | Glenmede Large Cap Core Institutional | C | Dividend | N | T | Sold<br>(part) | 11/07/19 | L | D | |
| 45. | Fidelity MMKT Premium Class | C | Dividend | M | T | | | | | |
| 46. | Spdr Ser TR Spdr Bloomberg (BIL) | D | Dividend | O | T | Buy<br>(add'l) | 02/05/19 | L | | |
| 47. | | | | | | Buy<br>(add'l) | 11/07/19 | M | | |
| 48. | iShares Core S&P Total US Stock Market | D | Dividend | N | T | Buy | 05/23/19 | N | | |
| 49. | Goldman Sachs Dynam Muni Income Instl | B | Dividend | N | T | Buy | 09/03/19 | N | | |
| 50. | Cref Stock R3 | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jacobs, Dennis** | 08/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 14:   Name change of bank from Morgan Stanley US Govt Money Market Trust to Morgan Stanley Bank, N.A. as of July 1, 2018.

Part VII Line 37:   Name change of fund from Dreyfus Midcap Index Fund to BNY Mellon Midcap Index Investor on June 3, 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis Jacobs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544